# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-5935

**Case Name** Estate of Robert Thomas Sequints, et al. v. Miguel Rivera, Jr.

**Counsel submitting this form** Richard Eppink

**Represented party/parties** Estate of Robert Sequints, Brent Sequints, J.S., D.S., and S.S.

*Briefly describe the dispute that gave rise to this lawsuit.*

Idaho State Police Trooper Miguel Rivera dispatched to perform a welfare check on a man who was called in for being in the lanes of a freeway in Pocatello, Idaho. When Rivera arrived, he found Robert Sequints lying in the grass in the median between the northbound and southbound lanes. Rivera drew a handgun on Sequints, but then switched to a taser. Rivera tased Sequints, dropping Sequints onto the road. Sequints then stood and fell again onto the roadway. Rivera ordered Sequints to stand up, but Sequints responded "I can't." Sequints then repeated, over and over, "You fucking shot me," while Rivera stood in the right lane of northbound traffic, with his patrol car flashing emergency lights in the median left of the left lane. Sequints was run over and killed less than a minute later.

Sequints's children, father, and estate sued Rivera under 42 USC 1983 for excessive force under the Fourth Amendment and loss of society under the Fourteenth Amendment.

*Briefly describe the result below and the main issues on appeal.*

The District Court granted qualified immunity to Rivera at the summary judgment stage, dismissing all claims against Rivera. The main issues on appeal are therefore whether Rivera is entitled to qualified immunity.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

No other proceedings are still pending below and there are no pertinent related proceedings.

**Signature** /s/ Richard Eppink **Date** 9/16/2026

*(use* "s/[typed name]" *to sign electronically-filed documents)*